# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNION PACIFIC RAILROAD COMPANY,

        Plaintiff,

v.

GUARD DOG HEAVEN, LLC,

        Defendant.

2:09-CV-1622 JCM (RJJ)

# ORDER

Presently before the court is plaintiff Union Pacific Railroad Company's second renewed motion for summary judgment. (Doc. #106). Defendant Guard Dog Heaven has not yet responded.

The dispositive motion deadline in this case was originally set for April 30, 2012. On that date, plaintiff filed a motion seeking an extension of the deadline. (Doc. #102). On May 8, 2012, the magistrate judge entered an order granting the extension. (Doc. #103). Subsequently, defendant filed an objection to the order and motion, arguing that the deadline should not have been extended. (Doc. #104).

On May 25, 2012, the undersigned referred defendant's objection to the magistrate judge to determine if, in light of defendant's objection, the order extending the motion deadline should be vacated. (Doc. #105). The objection is still pending.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     Rather than wait for the magistrate judge to issue a final ruling on whether an extension of
2 the motion deadline is appropriate, plaintiff filed the present motion. The court will deny the motion
3 without prejudice, pending a ruling by the magistrate judge on the underlying objection filed by
4 defendant.

5     IT IS SO ORDERED.

6     DATED June 5, 2012.

    */s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -