UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, etc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUARD DOG HEAVEN LLC, etc., ) <br> ) <br> Defendant, ) | 2:09-cv-1622-JCM-RJJ <br><br><br><br> O R D E R |

This matter is before the undersigned Magistrate Judge on Defendant's Objection to Document No. 103 (#104).

The Court has considered the Objection (#104), the Plaintiff's Response (#109) and the Defendant's Reply (#110). The court finds that allowing the additional time for the completion of discovery and the filing of dispositive motions, as well as the Joint Pretrial Order will better serve the interests of justice and will also allow a full and fair trial on the merits. Further, there is no prejudice to the defendant. Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Objection to Document No. 103 (#104) is **DENIED**.

DATED this __28th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge